**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAY WINEGARD, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES GOLF ASSOCIATION,<br><br>      Defendant. | Case No. 1:20-cv-06119-BMC<br><br><br>**STIPULATION OF DISMISSAL** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, Plaintiff JAY WINEGARD and Defendant UNITED STATES GOLF ASSOCIATION (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement that shall be enforceable in this court, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: May 3, 2021

By: _____
Mitchell Segal, Esq.
Law Offices Of Mitchell S. Segal, P.C.
1129 Northern Boulevard, Suite 404
Manhasset, New York 11030
Telephone: (516) 415-0100
Facsimile: (516) 706-6631
Email: msegal@segallegal.com
*Attorneys for Plaintiff*

By: _____
Hillary J. Raimondi, Esq.
Traub Lieberman Straus & Shrewsberry LLP
Seven Skyline Drive
Hawthorne, NY 10532
Telephone: 914-347-2600
Facsimile: 914-347-8898
Email: hraimondi@tlsslaw.com
*Attorneys for Defendant*